UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICKEY JOSE RUIZ,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:11-cr-00233

**ORDER**

This matter is before the Court on the issue of the continued detention of Material Witness Michael Lee Trevino. At the April 6, 2012 hearing, the Court heard argument regarding detention and the deposition of Mr. Trevino. For the reasons stated on the record:

IT IS HEREBY ORDERED that the detention hearing be continued to Monday, April 16, 2012 at 3:00 PM. The Government shall arrange for the deposition of Mr. Trevino to take place prior to the date of the continued hearing. Although the related documents (Docket ##40 and 57) remain sealed at this time, the Government shall provide *in camera* review to Donald Garthe at the parties earliest convenience.

IT IS FURTHER ORDERED that Material Witness Michael Lee Trevino will remain in the custody of the Attorney General pending the continued hearing.

Date: April 6, 2012

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    United States Magistrate Judge